[pic]

 Court of Appeals for the
 First District of Texas at Houston

 Order on Motion for Rehearing En Banc

Appellate case name: Charles Edward Barley v. The State of Texas

Appellate case number: 01-12-01002-CR

Trial court case number: 110513820

Trial court: 506th District Court of Waller County

Date motion filed: November 21, 2013

Party filing motion: Appellant, Charles Edward Barley

 It is ordered that the motion for rehearing is DENIED GRANTED. All
other motions are denied as moot.

 In the State of Texas, the Court of Criminal Appeals is the highest
court that has jurisdiction to review a prisoner's confinement; claims may
be presented to that court through an application for a writ of habeas
corpus filed with the clerk of the court in which the conviction being
challenged was obtained (Tex. Code Crim. Proc. Ann. art. 11.07) or on
direct appeal by a petition for discretionary review.

Judge's signature: /s/ Harvey Brown
 Acting individually Acting for
the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes,
Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: January 9, 2014